IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>BOBBY MORALES,<br><br>        Defendant. | CASE NO. 1:19-mj-00069 SKO<br>(C.D. Cal. Case No. 18-cr-0193)<br><br>MOTION TO UNSEAL PETITION FOR<br>SUPERVISED RELEASE VIOLATION |

The petition in this case apparently having been sealed on or about March 8, 2019, and it appearing that such petition no longer needs to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the petition be unsealed and made public record.

DATED: March 28, 2019          BY _____
                                              HON. SHEILA K. OBERTO
                                              United States Magistrate Judge